Priority  ✓
Send  ✓
Enter  
Closed  
JS-5/JS-6  ✓
JS-2/JS-3  
Scan Only  

FILED
CLERK, U S DISTRICT COURT
OCT 12 2007
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ROSAS ENTERTAINMENT, INC., ) | Case No. CV05-4034-JWJ |
| ) | |
| Plaintiff(s), ) | **ORDER OF DISMISSAL UPON** |
| ) | **SETTLEMENT OF CASE** |
| vs. ) | |
| ) | |
| WORLD ENTERTAINMENT ) | |
| ASSOCIATES OF AMERICA, INC., ) | |
| ) | |
| Defendant(s). ) | |

The Court having been notified by counsel for the parties that the above-entitled case has been settled pursuant to the Notice of Settlement, filed on November 22, 2006;

IT IS HEREBY ORDERED that this action is DISMISSED in its entirety without prejudice to the right, upon good cause being shown within **thirty (30) days**, to reopen the case in the event the terms of the settlement are otherwise not effected.

DATED: OCT 12 2007

_____
JEFFREY W. JOHNSON
United States Magistrate Judge

DOCKETED ON CM
OCT 12 2007
BY            099

33